ADIRONDACK PARK AGENCY, Respondent, v JOHN A. BUCCI et al., Appellants, et al., Defendants, and MARYLEE ARMOUR, Intervenor-Appellant.

Submitted May 17, 2004; decided June 29, 2004

Motion by John and Linda Bucci for leave to appeal dismissed upon the ground that as to them the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion by Marylee Armour for leave to appeal denied.

ALICE CLISSURAS, Appellant, v CONCORD VILLAGE OWNERS, INC., et al., Respondents.

Submitted May 3, 2004; decided June 29, 2004

On the Court's own motion, appeal, insofar as taken from the Appellate Division orders, dismissed, without costs, as untimely (CPLR 5513), and appeal, insofar as taken from letters of the Clerk's Office of the Appellate Division, Second Department, dismissed, without costs, upon the ground that the letters do not constitute an order or judgment appealable to the Court of Appeals (see CPLR 5512 [a]; 5601; NY Const, art VI, § 3). Motion for other relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (see NY Const, art VI, § 3).